Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF    ☐ ST. THOMAS/ST. JOHN    ☒ ST. CROIX

Stefan Michalopoulos )
(Print your full name) )
)
Plaintiff *pro se*, )    **COMPLAINT**
)
)
v. )
) Civil Action No. 1:25-cv-0017
United States of America ) (To be provided by the Clerk of Court)
(USA) )
)
Defendant(s) )

**Provide full name(s) of defendant(s).** If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part II below.

**I. Basis for Jurisdiction:**

☒ Federal Question (suit is based upon a treaty, federal statute or the United States Constitution)[1]

What federal Constitutional, statutory or treaty right is at issue? FEDERAL TORT CLAIMS ACT

(1) FBI TERRORISM (2) Retaliation to making a torture Complaint (3) Psychopathy. (4) Attempted Murder (5) Mind Reading. (6) All other causes of action introduced.

☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident and the amount in controversy exceeds $75,000.00).[2]

Plaintiff's state of citizenship: United States, St. Croix.

Defendant(s) state(s) of citizenship: _____

☐ Other (describe) _____

Federal Tort Claims Act (FTCA), 1946

This lawsuit is the same case as 1:24-CV-01169-CDB Eastern District of California. Ongoing case, "Live Case" Criminal Harassment, Torture, Retaliation to making Torture Complaint. October 02, 2024 - March 22, 2025.

---

[1] See 28 U.S.C. § 1331

[2] See 28 U.S.C. § 1332

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

## II. Parties in this complaint:

A. List your name, address and telephone number. You **must** keep the Clerk of Court apprised of your current contact information.

Name: Stefan Michalopoulos
Street Address: 503 La Grange Hill
City/State/Zip Code: Frederiksted / VI / 00840
Telephone No.: 8055356996   Email Address: stefanmich500@gmail.com

B. Provide the name and address of each defendant listed in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: ATTORNEY GENERAL GORDON RHEA. Department of Justice (U.S.A.)
Street Address: 6151 Estate La Reine
City/State/Zip Code: Kingshill, St. Croix, VI, 00850
Telephone No.: 340 773-0295

Defendant No. 2
Name: _____
Street Address: _____
City/State/Zip Code: _____
Telephone No.: _____

If there are more than two defendants, attach a separate sheet. For each defendant, specify: (1) name; (2) street address; and (3) city/state/zip code.

## III. Statement of Claim

Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. **Do not give any legal arguments or cite any cases or statutes**.

A. Where did the events giving rise to your claim(s) occur? United States, California, and many other places. St. Croix.

B. What date did the events giving rise to your claim(s) occur? March 2003 — present day. "Live case", No warrants, Criminal Harassment.

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

C. Provide the essential facts of your case "IN NUMBERED PARAGRAPHS, EACH LIMITED AS FAR AS PRACTICABLE TO A SINGLE SET OF CIRCUMSTANCES."[3] *Attach additional sheets of paper as necessary, numbering each allegation.*

1. This is a Formal Torture Complaint. Torture when due to Discrimination does not need be "while in Custody." The definition of this Torture is in 18 USC 2340 (1)(2,a,b,c,d). Specific

2. course of action to be followed by the Judiciary is "Convention Against Torture", 1984. Articles 1, 2, 13, 14. "Discretional Powers" in this matter is described in the FTCA act

3. "Discretional Function Exception", (PDF Version). Article 2 states that Judiciary must do everything in your power to prevent and stop this torture. YOU MUST provide injunctive relief, Restraining

4. order from the FBI "illegal Activities." Provisions stating the FBI must pay me, Plaintiff, $250 Billion Dollars if the Restraining Order

5. is violated in any way. Payment in check form within 3 weeks of my complaint. I must guarantee my safety in these perilous

6. circumstances I face "FOR DEATH" or until my death from the FBI. The FBI will never stop until my death. The Virgin Islands District Court and Judges are Saving an Innocent

---
[3] FED. R. CIV. P. 10.

American from Death or from the FBI.

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

### IV. Damages

Describe how you were damaged by any action or conduct of the defendant(s). If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

A repitition of conduct carries different significance from just initially engaging in it once and perhaps even renouncing it. A repitition carries different significance. There are 6 ways for the Court to demand the files. I was tortured daily from October 02, 2024 - March 22, 2025. Discovery/disclosure will happen next, then the Trial will be 1 month, review day by day Torture.

### V. Relief Requested (*check only those that apply*). If you named two or more defendants and are seeking different relief against each defendant, indicate accordingly.

[X] Monetary damages in the amount of: "Punitive Damages", $250 Billion Dollars
against: UNITED STATES. (USA)(DOJ)
[X] All defendants   ___ Def. No. 1   ___ Def. No. 2

[X] An injunction ordering: Restraining Order / Protective Order
against: FBI, Law enforcement from Illegal Activities
[X] All defendants   ___ Def. No. 1   ___ Def. No. 2

[ ] Other (*specify*): _____
against:
___ All defendants   ___ Def. No. 1   ___ Def. No. 2

[X] Costs and fees incurred in litigating this matter.  Lawyer costs. 25%

[ ] Trial by jury on all issues so triable.

[X] Such other relief as may be appropriate.

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

## VI. Verification and Declaration under Penalty of Perjury

*Initial each of the following:*

___X___  I have included **one** properly completed Form JS 44 Civil Cover Sheet (available from the clerk's office).

___X___  I have included **one** properly completed Form VI-AO 44 Summons in a Civil Action (available from the clerk's office) **for each defendant** I am suing, including the defendant's full name, job title and work address.

___X___  In addition to this complaint with an original signature, I have included **one copy** of this complaint for **each defendant**.

___X___  I have included:

    ☐ Full payment of the filing fee ($400.00) via cash (delivered in person) or check or money order payable to <u>Clerk, District Court of the Virgin Islands</u>; **or**

    ☒ A properly completed Motion to Proceed *In Forma Pauperis* in a Non-Prisoner Civil Action (Form VI-AO 240-NP)

___N/A___  **\*\*I have included the following (available from the clerk's office):

    ☐ Motion for Permission for Electronic Case Filing ("e-filing or ECF")

    _____ I understand the Court may deny my ECF motion pursuant to Local Rule of Civil Procedure 5.4(b)(2).

    _____ I understand if the Court grants my ECF motion, it may subsequently terminate my e-filing access.

    ☐ Pro Se ECF Registration Form

\*\* *INITIAL and complete ECF motion/registration form only if you have access to a computer and an email account.*

___X___  I agree to promptly notify the clerk of any change of address.

___X___  I have read all of the statements in this complaint. [*Do not forget to keep a copy for your records.*]

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THIS DOCUMENT IS TRUE AND CORRECT. 28 U.S.C. §1746; 18 U.S.C. §1621

This 25 day of March, 2025

_____
Signature of plaintiff